IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 JUN 15 P 2:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| AMY FORREST, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO.: |
| ) | 2005- 1:05CV572-T |
| WAFFLE HOUSE, INC., AND ) | |
| GARY BRACKIN, ) | **Jury Trial Requested** |
| ) | |
| DEFENDANTS. ) | |

## COMPLAINT

COMES NOW the Plaintiff in the above-styled cause, by and through her undersigned counsel, and files the following Complaint pursuant to 42 U.S.C. Section 2000e et seq. against the Defendants, and in support thereof shows this Honorable Court the following:

### Jurisdiction

(1)   The Complaint is brought pursuant to the provisions of 42 U.S.C. Section 2000e et seq. to address the Defendants' deprivation of Plaintiff's rights due to the Plaintiff's gender. The jurisdiction of this Court is invoked under 28 U.S.C. Section 1331 and supplemental jurisdiction exists over Plaintiff's claims under Alabama law pursuant to 28 U.S.C. Section 1367.

(2)   That the Plaintiff, Amy Forrest, has satisfied the prerequisites to bring this action by exhausting her administrative remedies through the Equal Employment Opportunity Commission [hereinafter referred to as "EEOC"] and has received a "Right to Sue" letter from the EEOC dated March 18, 2005. That this lawsuit has been timely filed with this Honorable Court within the ninety (90) day time period set by law.

## Parties

(3) The Plaintiff, Amy Forrest, is now, at all times relevant to the allegations contained in the Complaint has been an adult resident of Houston County, Alabama.

(4) The Defendant, Waffle House, Inc., is a Georgia corporation which is qualified to do business in Alabama and it does business in Houston County, Alabama.

(5) The Defendant, Gary Brackin, is, upon the information and belief of the Plaintiff, an adult resident of Houston County, Alabama.

## Summary of Facts in Support of Complaint

(6) The Plaintiff, Amy Forrest, and the Defendant, Gary Brackin, were both employees of the Defendant, Waffle House, Inc.

(7) The Plaintiff, Amy Forrest, was employed by the Defendant, Waffle House, Inc., as a District Manager over three restaurants located in Dothan, Alabama.

(8) The Defendant, Gary Brackin, was employed by the Defendant, Waffle House, Inc., as a Division Manager whose responsibilities included the supervision of the Plaintiff, Amy Forrest.

(9) The Defendant, Gary Brackin, while acting in his capacity as Division Manager, would subject the Plaintiff and her co-employees to perverse acts of sexual harassment which included unwanted touching, sexual jokes, explicit sexual gestures, sexual remarks or comments and sexual innuendo.

(10) That said activity by the Defendant, Gary Brackin, was so severe that it created a sexually hostile work environment and altered the terms and conditions of the Plaintiff's employment with the Defendant, Waffle House, Inc.

(11) That as a result of the hostile work environment, the Plaintiff was forced to leave her employment with the Defendant, Waffle House, Inc.

## COUNT I

(12) The Plaintiff adopts herein as if fully set out below paragraphs (1) through (11).

(13) The Defendants discriminated against the Plaintiff in its employment practices due to the Plaintiff's gender, female.

(14) The Defendants created a sexually hostile work environment so severe that it acted as a constructive discharge of the Plaintiff's employment.

(15) That as a result of the Defendant's discriminatory conduct, the Plaintiff has suffered damages in the form of loss of work and wages, humiliation, fear, anxiety, emotional distress, mental anguish and extreme inconvenience.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff, Amy Forrest, demands judgment against the Defendants for compensatory and punitive damages, to be determined by a jury, plus attorney's fees, interest and court costs, together with and in addition to any and all other, further and different relief to which the Plaintiff may be entitled as a matter of law or in equity.

## PENDENT STATE LAW CLAIMS

## COUNT II – ASSAULT AND BATTERY

(16) The Plaintiff adopts herein as if fully set out below paragraphs (1) through (11).

(17) The Defendant, Gary Brackin, committed an assault and battery upon Plaintiff, Amy Forrest, by touching her person in a rude and offensive manner.

(18) The Defendant, Gary Brackin's, conduct was unwelcome and highly offensive to the Plaintiff, Amy Forrest.

(19) The Defendant, Gary Brackin, acted intentionally and with malice toward Plaintiff.

(20) The Plaintiff, Amy Forrest, suffered damages as described herein above as the result of the Defendant, Gary Brackin's, assault and battery.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff, Amy Forrest, demands judgment against the Defendant, Gary Brackin, for compensatory and punitive damages, to be determined by a jury, plus interest and court costs, together with and in addition to any and all other, further and different relief to which the Plaintiff may be entitled as a matter of law.

## COUNT III – TORT OF OUTRAGE

(21) The Plaintiff adopts herein as if fully set out below paragraphs (1) through (11).

(22) The conduct of the Defendant, Gary Brackin, as described above was extreme and outrageous and was beyond the bounds of normal decency.

(23) Defendant, Waffle House, Inc., ratified and condoned the outrageous conduct of Gary Brackin.

(24) In committing the wrongful conduct against the Plaintiff, Amy Forrest, the Defendant, Gary Brackin, acted in his individual capacity and in his capacity as an agent of the Defendant, Waffle House, Inc.

(25) Plaintiff, Amy Forrest, suffered severe emotional distress, mental anguish and other injuries as a result of Defendants outrageous conduct.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff, Amy Forrest, demands judgment against the Defendants, Gary Brackin and Waffle House, Inc., for compensatory and punitive damages, to be determined by a jury, plus interest and court costs, together with and in addition to any and all other, further and different relief to which the Plaintiff may be entitled as a matter of law.

## COUNT IV – INVASION OF PRIVACY

(26)    The Plaintiff adopts herein as if fully set out below paragraphs (1) through (11).

(27)    The Defendant, Gary Brackin's, conduct described above violated the Plaintiff, Amy Forrest's, right to privacy by intruding upon her physical solitude or seclusion. Defendant, Gary Brackin's, intrusion was an intentional, wrongful intrusion into the Plaintiff's private activities in such a manner as to outrage or cause mental suffering, shame, or humiliation to a person of ordinary sensibilities.

(28)    The Defendant, Waffle House, Inc., ratified or condoned one or more of the invasion(s) of privacy committed by the Defendant, Gary Brackin, against the Plaintiff.

(29)    In committing the wrongful conduct against the Plaintiff, the Defendant, Gary Brackin, acted in his individual capacity and in his capacity as agent of the Defendant, Waffle House, Inc.

(30)    The Plaintiff, Amy Forrest, has suffered severe emotional distress, mental anguish and other injuries as a result of Defendants' invasion of privacy.

(31)    The Plaintiff, Amy Forrest, has suffered damages as described above as the result of the Defendants' invasion of privacy.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff, Amy Forrest, demands judgment against the Defendants, Gary Brackin and Waffle House, Inc., for compensatory and punitive damages, to be determined by a jury, plus interest and court costs, together with and in addition to any and all other, further and different relief to which the Plaintiff may be entitled as a matter of law.

This the 14th day of June, 2005.

_____
D. Lewis Terry, Jr. (TER010)
Attorney for the Plaintiff,
Amy Forrest

**PLAINTIFF DEMANDS TRIAL BY A STRUCK JURY**

_____
D. Lewis Terry, Jr. (TER010)

OF COUNSEL:
JACKSON, RHODES, SHERRER & TERRY, P.C.
P. O. Box 7122
Dothan, Alabama 36302-7122
(334) 792-6213
FAX (334 677-1042

Serve Defendants with Summons and Complaint at:

Mr. Gary Brackin
The Corporation Company
2000 Interstate Parkway Drive, Suite 204
Montgomery, Alabama 36109

Waffle House, Inc.
The Corporation Company
2000 Interstate Parkway Drive, Suite 204
Montgomery, Alabama 36109