IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Amy Forrest | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | CASE NO. 1:05cv572-T |
| | ) | |
| Waffle House, Inc., et al | ) | |
| | ) | |
|    Defendant | ) | |

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE, this the 20th day of June, 2005.

                                                  /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE