◈AO 440 (Rev. 8/01) Summons in a Civil Action     C M # 70000600002717115988

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

AMY FORREST

V.

WAFFLE HOUSE, INC., GARY BRACKIN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv572-T

TO: (Name and address of Defendant)

GARY BRACKIN
THE CORPORATION COMPANY
2000 INTERSTATE PARKWAY DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. LEWIS TERRY, JR.
JACKSON, RHODES, SHERRER & TERRY, P.C.
P. O. BOX 7122
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                6-24-05
CLERK                                            DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                                 *Signature of Server*

                                                        _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action    Cm# 7000060000027 1711 5995

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

AMY FORREST

V.

WAFFLE HOUSE, INC., GARY BRACKIN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv572-T

TO: (Name and address of Defendant)

WAFFLE HOUSE, INC.
THE CORPORATION COMPANY
2000 INTERSTATE PARKWAY DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. LEWIS TERRY, JR.
JACKSON, RHODES, SHERRER & TERRY, P.C.
P. O. BOX 7122
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    6-24-05

CLERK                                                  DATE

(By) DEPUTY CLERK

➲AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           *Signature of Server*

                                       _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.