**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Waffle House, Inc.
The Corporation Company
2000 Interstate Parkway Dr 36109
Suite 204
Montgomery, AL 36101
05-572 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lawson_   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery 6-27-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

36109

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 0600 0027 1711 5995

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 05-572 S+C

Gary Bracken
The Corporation Co.
2000 Interstate Parkway
Drive, Suite 204
Montgomery, Al
36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lawson_   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 6-27-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 0600 0027 1711 5988

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540