AO 440 (Rev. 8/01) Summons in a Civil Action        Cert# 7000 06000027 1711 5971

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

AMY FORREST

V.

WAFFLE HOUSE, INC., GARY BRACKIN

ALIAS
SUMMONS IN A CIVIL ACTION

CASE NUMBER:   1:05cv572-T

TO: (Name and address of Defendant)

Mr. Gary Brackin
360 Brackin Road
Ashford, Alabama 36312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. LEWIS TERRY, JR.
JACKSON, RHODES, SHERRER & TERRY, P.C.
P. O. BOX 7122
DOTHAN, ALABAMA 36302-7122

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                            July 1, 2005
CLERK                                                         DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                *Date*         *Signature of Server*

                            _____
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.