| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Gary Brackin* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Gary Brackin<br>C. Date of Delivery: 7/8/05 |
| 1. Article Addressed to:<br>Gary Brackin<br>3100 Brackin Road<br>Ashford, AL 36312<br><br>05cv572 Alias Sum | D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) 7000 0600 0027 1711 5971 | |

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540