IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY FORREST, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  1:05-CV-572-T |
| | ) |
| WAFFLE HOUSE, INC., *et al*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of the defendants' motion to dismiss without prejudice or alternatively to stay and to compel arbitration (doc. # 7), it is

ORDERED that on or before August 9, 2005, the opposing party shall show cause why the motion should not be granted.

Done this 19th day of July, 2005.

                                          /s/Charles S. Coody
                                 CHARLES S. COODY
                                 CHIEF UNITED STATES MAGISTRATE JUDGE