IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY FORREST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-572-T |
| | ) (WO) |
| WAFFLE HOUSE, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 23, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the defendants' motion to dismiss (doc. # 7) be and is hereby DENIED.

3. That the motion to stay and compel arbitration (doc. # 7) be and is hereby GRANTED.

4. That this case be and is hereby STAYED until further order of the court.

5. That the parties shall report the results of the arbitration within fourteen (14) days of the issuance of the arbitrator's decision.

6. That this case is closed administratively.

DONE, this the 15th day of September, 2005.

              /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE