IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AMY FORREST,                    )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         1:05cv572-MHT
                                )              (WO)
WAFFLE HOUSE, INC. and          )
GARY BRACKIN,                   )
                                )
    Defendants.                 )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Waffle House, Inc. and Gary Brackin's motion to vacate the arbitral award (doc. no. 18) is denied.

(2) Plaintiff Amy Forrest's motion to confirm the arbitral award (doc. no. 27) is granted to the extent that the arbitral award is confirmed.

(3) Plaintiff Forrest shall have and recover from defendants Waffle House, Inc. and Gary Brackin post-

award, pre-judgment interest on the $ 500,000 award. The interest shall be calculated at the rate dictated by 1975 Ala. Code § 8-8-1, for the period beginning on the date of the arbitrator's final award on November 9, 2010, and ending on the date of this order.

It is further ordered that costs are taxed against defendants Waffle House, Inc. and Gary Brackin, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The case is closed.

DONE, this the 22nd day of May, 2012.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE